

# NUMBER 13-16-00425-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

PAMELA MANNING, **Appellant,**

**v.**

CHARLES RANDALL COTHES,
INDIVIDUALLY AND D/B/A
MCDONALD'S OF BEEVILLE,
MCDONALD'S #6798, MCDONALDS
CORP. 042/0323, **Appellees.**

**On appeal from the 36th District Court
of Bee County, Texas.**

# MEMORANDUM OPINION

**Before Justices Garza, Perkes, and Longoria
Memorandum Opinion Per Curiam**

The appellant's brief in the above cause was due on September 19, 2016. On October 3, 2016, the Clerk of the Court notified appellant that the brief had not been timely filed and that the appeal was subject to dismissal for want of prosecution under Texas

Rule of Appellate Procedure 38.8(a)(1), unless within ten days from the date of receipt of this letter, appellant reasonably explained the failure and the appellee was not significantly injured by the appellant's failure to timely file a brief. To date, no response has been received from appellant.

Appellant has failed to either reasonably explain the failure to file a brief, file a motion for extension of time to file the brief, or file the brief. Accordingly, the appeal is DISMISSED FOR WANT OF PROSECUTION. *See* TEX. R. APP. P. 38.8(a), 42.3(b)(c).

PER CURIAM

Delivered and filed the
10th day of November, 2016.

2